UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------X

UNITED STATES OF AMERICA,                                  **CONSENT TO PROCEED BY VIDEO OR**
                                                           **TELE CONFERENCE**

                            -against-
                                                            **-CR-    ( )( )**


                                    Defendant(s).

---------------------------------------------------------------X

Defendant __Noe Villa Rios_____ hereby voluntarily consents to
participate in the following proceeding via ___ videoconferencing or ✓ teleconferencing:

✓    Initial Appearance Before a Judicial Officer

___   Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of
      Indictment Form)

✓    Bail/Detention Hearing

✓    Conference Before a Judicial Officer



_____          _____
Defendant's Signature                  Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

__Noe Villa Rios__                    __Jocelyn Strauber__
Print Defendant's Name                 Print Counsel's Name


This proceeding was conducted by reliable video or telephone conferencing technology.

 March 1, 2021
_____                  _____
Date                                   U.S. District Judge/U.S. Magistrate Judge