UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

UNITED STATES OF AMERICA

            -against-

NOE VILLA RIOS,

                   Defendant.
-------------------------------------------------------------X

21 cr 155 (JGK)

**ORDER OF REMAND**

For the reasons stated at a conference, today, the application by the defendant, Noe Villa Rios, for bail, is denied. The defendant, Noe Villa Rios, shall continue to be remanded, in this action, pending trial.

**SO ORDERED.**

                                                                                   JOHN G. KOELTL
                                             UNITED STATES DISTRICT JUDGE

Dated: New York, New York
         April 20, 2021