March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
UNITED STATES OF AMERICA,

                -v-

NOE VILLA RIOS

                Defendant.
-----------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-**CR**-155 ( JGK ) (      )

Defendant __Noe Villa Rios__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/29/21
```

*The Court obtained verbal consent from the defendant for the record.*

_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Noe Villa Rios
Print Defendant's Name

/s/ Jocelyn Strauber   / July 29, 2021
_____ / by RM
Defense Counsel's Signature

Jocelyn Strauber
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

7/29/21
_____
Date

_____
U.S. District Judge/~~U.S. Magistrate Judge~~