UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

    - against -

NOE VILLA RIOS

              Defendant.

21 Cr. 0155 (JGK)

ORDER

JOHN G. KOELTL, District Judge:

    The Court held a status conference with the parties on September 28, 2021. The conference was held by telephone because there is a national emergency as a result of the pandemic. There is also an emergency in this Court declared by the Chief Judge as a result of the pandemic. It would have been burdensome to conduct the conference by video because of the difficulties of setting up a video conference. The interests of justice would be harmed if the conference did not proceed because it is important that this criminal case proceed.

    In any event, this defendant has consented to the proceeding being conducted by telephone and has submitted a consent executed by defense counsel.

    The parties are directed to appear for another conference on **October 28, 2021** at **11:00 a.m.**

    Because a continuance is needed to allow the parties to discuss a disposition short of trial and to assure the effective assistance of counsel, the Court prospectively excludes the time from today, **September 28, 2021,** until **October 28, 2021,** from

Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interest of the defendants and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED.

Dated: New York, New York
September 28, 2021

_____
John G. Koeltl
United States District Judge