March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

UNITED STATES OF AMERICA,

**CONSENT TO PROCEED BY TELECONFERENCE**

-v-

MELVIN NATHAN BELTRE, NOE VILLA RIOS, ALFREDO RODRIGUEZ, and JESUS TORRES ANGULO,

21-CR-155 ( JGK ) (     )

Defendant(s).
-------------------------------------------------------X

Defendant __Noe Villa Rios__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

/s/ Noe Villa Rios
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Noe Villa Rios
Print Defendant's Name

*Jocelyn Strauber* / by SHD Sept. 28, 2021
Defense Counsel's Signature

Jocelyn Strauber
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

9/28/21.
Date

U.S. District Judge/~~U.S. Magistrate Judge~~