March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

　　　　　　-v-

MELVIN NATHAN BELTRE, NOE VILLA RIOS, ALFREDO RODRIGUEZ, and JESUS TORRES ANGULO,

　　　　　　Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-**CR**-155 ( JGK ) ( 　 )

Defendant __Noe Villa Rios__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

___ Initial Appearance/Appointment of Counsel

___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___ Preliminary Hearing on Felony Complaint

___ Bail/Revocation/Detention Hearing

_X_ Status and/or Scheduling Conference

___ Plea/Trial/Sentence

_____
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Noe Villa Rios
Print Defendant's Name

_Jocelyn Strauber_ By SHD 10/28/21
Defense Counsel's Signature

Jocelyn Strauber
Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

10/28/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge