UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

        - against -                    21-CR-155 (JGK)

NOE VILLA RIOS,                      ORDER

                Defendant.

JOHN G. KOELTL, District Judge:

    As discussed at the conference held today, the Court sets the following schedule:

    Defense motions, if any, are due by **December 10, 2021**. The government must respond by **December 28, 2021**. The defendant must reply by **January 10, 2022**.

    The Court will hold a conference on **February 4, 2022** at 2:00 p.m.

    The government must produce any Fed. R. Evid. 404(b) evidence by **March 4, 2022**.

    Motions in limine, voir dire, and requests to charge are due by **March 25, 2022**. Responses are due by **April 12, 2022**.

    The final pre-trial conference will be held on **April 21, 2022** at 4:00 p.m.

    Trial will begin on **May 3, 2022** at 9:00 a.m.

    Because a continuance is needed to allow defense counsel time to decide what motions, if any, will be made, and to assure the effective assistance of counsel, the Court prospectively

excludes the time from today, **October 28, 2021**, until **May 3, 2022** from Speedy Trial Act calculations. The Court finds that the ends of justice served by granting the continuance outweigh the best interests of the defendant and the public in a speedy trial. This Order is entered pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

Dated:   New York, New York
         October 28, 2021

                                          _____
                                          John G. Koeltl
                                          United States District Judge