March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,

          -v-

MELVIN NATHAN BELTRE, NOE VILLA RIOS, ALFREDO
RODRIGUEZ, and JESUS TORRES ANGULO,
                         Defendant(s).
-----------------------------------------------------------------X

**CONSENT TO PROCEED BY TELECONFERENCE**

21-**CR**-155 ( JGK ) (      )

Defendant __Noe Villa Rios__ hereby voluntarily consents to participate in the following proceeding via videoconferencing:

- ___ Initial Appearance/Appointment of Counsel

- ___ Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

- ___ Preliminary Hearing on Felony Complaint

- ___ Bail/Revocation/Detention Hearing

- **X** Status and/or Scheduling Conference

- ___ Plea/Trial/Sentence

_Jocelyn Strauber_ By SHD 10/28/21

_____       _____
Defendant's Signature                            Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Noe Villa Rios                          Jocelyn Strauber
_____       _____
Print Defendant's Name                        Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

10/29/21
_____       _____
Date                                              U.S. District Judge/U.S. Magistrate Judge