# SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

ONE MANHATTAN WEST
NEW YORK, NY 10001
———
TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

FIRM/AFFILIATE OFFICES
———
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
WASHINGTON, D.C.
WILMINGTON
———
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SÃO PAULO
SEOUL
SHANGHAI
SINGAPORE
TOKYO
TORONTO

DIRECT DIAL
212-735-2995
DIRECT FAX
917-777-2995
EMAIL ADDRESS
JOCELYN.STRAUBER@SKADDEN.COM

December 8, 2021

*Application granted.
In addition, the 2/4/22
conference is rescheduled to
2/11/22 at 2:00 p.m.
So ordered.  /s/ G. Koeltl
12/9/21   U.S.D.J.*

**VIA CM/ECF**

The Honorable John G. Koeltl
United States District Judge
U.S. District Court
500 Pearl Street
New York, NY 10007-1312

RE: *United States v. Beltre et al.*, 21 Cr. 155 (JGK)

Dear Judge Koeltl:

    I represent Noe Villa Rios in the above-captioned matter. Per the schedule set by this Court at the October 28, 2021 status conference, pretrial motions are due December 10, 2021. I respectfully request an adjournment of that deadline to January 7, 2022, because I am engaged in active plea negotiations with the government and may reach a resolution that would avoid the need for motions. I further request that the government's responses be due January 25, and replies be due February 7, and that a conference be scheduled thereafter, at the Court's convenience. This is the first request for an extension of time.

    Regardless of the outcome of the above-referenced plea discussions, the government to date has not obtained any information from the cellphones seized in this case. Unless and until such information is obtained and produced, it cannot be determined whether a suppression motion is appropriate. Therefore, I respectfully

Hon. John G. Koeltl
December 8, 2021
Page 2

request an opportunity to file such motions at a future time, depending on the circumstances.

Mitchell Elman, counsel to Mr. Beltre joins in this request; Assistant U.S. Attorney Rushmi Bhaskaran has no objection.

Respectfully submitted,

*/s/ Jocelyn E. Strauber*

cc: Assistant U.S. Attorney Rushmi Bhaskaran
Mitchell Elman, Esq.
(via ECF)