UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
————————————————————————

UNITED STATES OF AMERICA

        - against -              21-cr-155 (JGK)

NOE VILLA RIOS,              ORDER

               Defendant.
————————————————————————

JOHN G. KOELTL, District Judge:

The Court will hold a conference on **March 21, 2022** at **10:00 a.m.**

SO ORDERED.

Dated:    New York, New York
          March 1, 2022

                               John G. Koeltl
                       United States District Judge