March 31, 2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-v-

MELVIN NATHAN BELTRE, NOE VILLA RIOS, ALFREDO
RODRIGUEZ, and JESUS TORRES ANGULO,

                    Defendant(s).
-------------------------------------------------------------------X

**CONSENT TO PROCEED BY
TELECONFERENCE**

21-**CR**-155 ( JGK  ) (        )

Defendant  Noe Villa Rios _____ hereby voluntarily consents to
participate in the following proceeding via videoconferencing:

___  Initial Appearance/Appointment of Counsel

___  Arraignment (If on Felony Information, Defendant Must Sign Separate Waiver of
      Indictment Form)

___  Preliminary Hearing on Felony Complaint

___  Bail/Revocation/Detention Hearing

X
___  Status and/or Scheduling Conference

___  Plea/Trial/Sentence

_____              _____
Defendant's Signature                          Defense Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

  Noe Villa Rios                                  David Meister
_____              _____
Print Defendant's Name                         Print Defense Counsel's Name

This proceeding was conducted by reliable teleconference technology.

  3/1/22
_____              _____
Date                                           U.S. District Judge/U.S. Magistrate Judge